IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRAPHAN PUAPONG, M.D., | CV 17-00615-LEK-RLP |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| WELLCARE DISABILITY, LLC, ET AL, | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 14, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, "the Findings and Recommendations To Grant in Part and Deny in Part Plaintiff's Motion For Default Judgment on Proof As to Defendant Wellcare Disability", ECF NO. [29] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 1, 2019.



　　　　　　　　　　　/s/ Leslie E. Kobayashi
　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　United States District Judge